

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| JESUS CABRERA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.1:07-CV-180-TH |
| | § | JURY |
| NATIONAL RESPONSE CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

The parties announced settlement and were then ordered to submit closing documents on or before June 20, 2008. *See Order on Closing Documents* [Clerk's Docket No. 84]. In that order, the parties were informed that failure to comply would result in dismissal for failure to prosecute. They have not complied.

**IT IS THEREFORE ORDERED** that this case is **DISMISSED WITH PREJUDICE** for failure to prosecute. FED. R. CIV. P. 41 (b).

**SO ORDERED.**

**SIGNED** this the 2 day of **March, 2009.**

_____
Thad Heartfield
United States District Judge