

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| JESUS CABRERA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO.1:07-CV-180-TH |
| | § | JURY |
| NATIONAL RESPONSE CORPORATION, | § | |
| | § | |
| *Defendant.* | § | |

## FINAL JUDGMENT

    Before the Court is the above captioned action. Having reviewed the file and the Court's order dismissing the case, the Court enters this judgment pursuant to FED. R. CIV. P. 58.

    **IT IS ORDERED** that all relief requested by plaintiffs is hereby **DENIED**.

    **SO ORDERED.**

    **SIGNED** this the 2 day of **March, 2009.**

_____
Thad Heartfield
United States District Judge